JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIXZA ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC. et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-09269-SB-PVC<br><br>ORDER REMANDING CASE |

　　The parties have stipulated to remand this case to the Los Angeles Superior Court in light of their agreement that the amount in controversy in this matter will not exceed $75,000. Dkt. Nos. 11, 12. The Court hereby grants the stipulation and remands this case to the Los Angeles Superior Court.

IT IS SO ORDERED.

Date: January 11, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge